807 A.2d 190

IN THE MATTER OF MICHAEL G. PAUL, AN ATTORNEY
AT LAW (ATTORNEY NO. 000031989)

October 8, 2002.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **MICHAEL G. PAUL** of **METUCHEN**, who was admitted to the bar of this State in 1989, and who was suspended from the practice of law for a period of three months effective July 1, 2002, by Order of this Court filed June 28, 2002, be restored to the practice of law, effective immediately.